**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-925 (ESH) |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION FOR EXTENSION OF TIME**

Plaintiff Judicial Watch, Inc., by counsel, respectfully submits this opposition to Defendant's second motion for an extension of time (Dkt. No. 6) to file an answer in this Freedom of Information Act ("FOIA") matter.

Plaintiff submits that Defendant has failed to establish good cause for a second extension of time.  Defendant's second motion repeats nearly word-for-word Defendant's first motion, asserting again that:  (1) "Undersigned counsel was only recently assigned the instant matter"; (2) "undersigned counsel is working to establish contact with agency counsel regarding the underlying allegations in Plaintiff's Complaint and to investigate the allegations"; and (3) "Defendant, however, has been unable to obtain all the information needed to respond to Plaintiff's Complaint."  *Cf*. Dkt. Nos. 5 and 6.

Defendant offers no explanation why it apparently has made no progress whatsoever in preparing an answer to a three-page FOIA complaint after already receiving a 30-day extension. While in the normal course Plaintiff would not oppose a reasonable request for an extension of time, Plaintiff submits that a second lengthy extension of time – without adequate justification – is unwarranted.

Dated:  August 20, 2015

Respectfully submitted,

/s/  James F. Peterson
(D.C. Bar No. 450171)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024
(202) 646-5172

*Counsel for Plaintiff*